B1 (Official Form 1)(04/13)

| United States Bankruptcy Court **District of Nevada** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Truitt, Glenn H.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1622** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**900 S. Las Vegas Blvd. Unit 811**<br>**Las Vegas, NV**<br>ZIP Code **89101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Zachariah Larson 7787 ***

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Truitt, Glenn H.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br>   Signature of Attorney for Debtor(s)         (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ <br> (Name of landlord that obtained judgment) |
| _____ <br> (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Truitt, Glenn H.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Glenn H. Truitt**
Signature of Debtor  **Glenn H. Truitt**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March  6, 2015**
Date

### Signature of Attorney*

X **/s/ Zachariah Larson**
Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**
Printed Name of Attorney for Debtor(s)

**LARSON & ZIRZOW, LLC**
Firm Name

**810 S. Casino Center Blvd. #101**
**Las Vegas, NV 89101**

_____
Address

                    **Email: zlarson@lzlawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

**March  6, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Nevada

In re   **Glenn H. Truitt**                               Case No. _____
<br>                                      Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                  Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Glenn H. Truitt**

                                  **Glenn H. Truitt**

Date:   **March  6, 2015**

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Glenn H. Truitt**                                                                    Case No.
_____                                            Chapter  **7**
                                        Debtor(s)

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Glenn H. Truitt** | X | **/s/ Glenn H. Truitt** | **March  6, 2015** |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) _____ | X | | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re    **Glenn H. Truitt**                                              ,    Case No. _____

                                                        Debtor

                                                                            Chapter                        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 39,241.01 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,349.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 9,915.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 30,750,485.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 6,356.58 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,356.58 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 39,241.01 | | |
| Total Liabilities | | | | 30,764,749.81 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Nevada

In re      **Glenn H. Truitt**

_____,
                                      Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Glenn H. Truitt**                                                    , Case No. _____
                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|  |  | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Glenn H. Truitt**                                                                 ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Nevada State Bank checking account no. xxxxx4776** | - | **1,056.31** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit with landlord** | - | **2,200.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household furnishings** | - | **8,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | **250.00** |
| 7.  Furs and jewelry. | | **1997 Naval Academy class ring** | - | **500.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Mass Mutual Financial Group-Term Life- Policy No. xxxx3277** | - | **0.00** |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **12,106.31**
(Total of this page)

  __2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Glenn H. Truitt**                                              ,        Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Scottrade account no. xxxx9087** | - | **5,134.70** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **5% interest in Black Rhino Marketing** | - | **Unknown** |
| | | **100% interest in Half Price Lawyers, LLC** | - | **Unknown** |
| | | **100% interest in Truitt & Associates, LLC** | - | **Unknown** |
| | | **100 % interest in Ideal Business Partners, Inc.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan to Half Price Lawyers, LLC** | - | **22,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment enterest against Marcus Oden, District Court Case:  A675250 ($18,406.10)** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **27,134.70**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Glenn H. Truitt**                                                      ,    Case No. _____
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential lawsuit against Adam Stokes** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Unknown % interest in trademark of Half Price Lawyers** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Unknown % interest in license of Half Price Lawyers** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Lease 2012 BMW 335i** | - | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)
Total >    **39,241.01**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **Glenn H. Truitt**                                                                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                              *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **Nev. Rev. Stat. § 21.090(1)(g)** | **75.00** | **100.00** |
| | **Nev. Rev. Stat. § 21.090(1)(z)** | **25.00** | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Nevada State Bank checking account no. xxxxx4776** | **Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050** | **1,056.31** | **1,056.31** |
| **Household Goods and Furnishings** | | | |
| **Misc. household furnishings** | **Nev. Rev. Stat. § 21.090(1)(b)** | **8,000.00** | **8,000.00** |
| **Furs and Jewelry** | | | |
| **1997 Naval Academy class ring** | **Nev. Rev. Stat. § 21.090(1)(a)** | **500.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **Mass Mutual Financial Group-Term Life- Policy No. xxxx3277** | **Nev. Rev. Stat. § 21.090(1)(k)** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Scottrade account no. xxxx9087** | **Nev. Rev. Stat. § 21.090(1)(z)** | **975.00** | **5,134.70** |

|  |  | Total: | **10,631.31** | **14,791.01** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Glenn H. Truitt**                                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | | |
| Account No. | | | | **Lease 2012 BMW 335i** | | | | | |
| **Creditor #: 1** **BMW Finance Services** **Attn: Bankruptcy Dept/Managing Agent** **5550 Britton Pkwy** **Hilliard, OH 43026** | - | | | | | | | | |
| | | | | Value $                    **0.00** | | | | **4,349.00** | **4,349.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | **4,349.00** | **4,349.00** |
| | Total (Report on Summary of Schedules) | **4,349.00** | **4,349.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Glenn H. Truitt** _____,   Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                1_____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Glenn H. Truitt**                                                    ,   Case No. _____
                                    **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Business Debt | | | | | | |
| Creditor #: 1 Franchise Tax Board Bankruptcy Section, MS A340 PO Box 2952 Sacramento, CA 95812-2952 | - | | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | Business Debt | | | | | | |
| Creditor #: 2 Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | - | | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | Business Debt | | | | | | |
| Creditor #: 3 State of Nevada Dept. of Taxation Attn: Bankruptcy Dept / Managing Aget Grant Sawyer Bldg. 555 E. Washington Ave, Suite 1300 Las Vegas, NV 89101 | - | | | | | | | **9,915.57** | **0.00** | **9,915.57** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 9,915.57 | 9,915.57 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 / 9,915.57 | 9,915.57 |

B6F (Official Form 6F) (12/07)

In re   **Glenn H. Truitt** _____ ,   Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business debt:  Vendor | | | | |
| **Creditor #: 1**<br>**305 Las Vegas, LLC**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent Wan**<br>**815 Pilot Rd., Ste. E**<br>**Las Vegas, NV 89119** | | - | | | | | | | **5,000.00** |
| Account No. | | | | | Business debt:  Promissory note | | | | |
| **Creditor #: 2**<br>**Adam D. Stokes**<br>**c/o Elizabeth M. Sorokac, Esq.**<br>**8965 S. Eastern Ave., Ste. 382**<br>**Las Vegas, NV 89123** | X | - | | | | | | X | **10,000,000.00** |
| Account No. | | | | | Business debt:  Vendor | | | | |
| **Creditor #: 3**<br>**Advanced Imaging Solutions**<br>**Attn: Bankruptcy Dept. / Managing**<br>**Agent**<br>**3865 W. Cheyenne Ave., Ste. 505**<br>**North Las Vegas, NV 89032** | | - | | | | | | | **5,403.78** |
| Account No. | | | | | Business debt:  Vendor | | | | |
| **Creditor #: 4**<br>**Affordable Legal Services, LLC**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**8022 S. Rainbow Blvd. #157**<br>**Las Vegas, NV 89139** | | - | | | | | | | **90.00** |

__18__   continuation sheets attached

Subtotal
(Total of this page)           **10,010,493.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenn H. Truitt** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x2002** | | | **11/2014** | | | | |
| **Creditor #: 5** **American Express** **Attn: Bankruptcy Dept. / Managing Agent** **PO Box 0001** **Los Angeles, CA 90096-8000** | - | | **Business debt:  Vendor** | | | | **68,558.21** |
| Account No. | | | **Business debt:  Vendor** | | | | |
| **Creditor #: 6** **Amy Childress** **6481 Paula Druve** **Pahrump, NV 89048** | - | | | | | | **30.00** |
| Account No. | | | **Business debt:  Residual lease due** | | | | |
| **Creditor #: 7** **Aquarius Owner, LLC** **c/o Michael Singer, Ltd.** **4475 South Pecos Rd.** **Las Vegas, NV 89121** | - | | | | | X | **Unknown** |
| Account No. | | | **Business debt:  Vendor** | | | | |
| **Creditor #: 8** **Aramark Refreshment Services** **Attn: Bankruptcy Dept/Managing Agent** **1515 E. Hadley St., Ste. 100** **Phoenix, AZ 85034** | - | | | | | | **197.61** |
| Account No. | | | **Business debt:  Vendor** | | | | |
| **Creditor #: 9** **Aramark Uniforms Services** **Attn: Bankruptcy Dept/Managing Agent** **P.O. Box 101232** **Pasadena, CA 91189-0005** | - | | | | | | **753.87** |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **69,539.69**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenn H. Truitt** ,                                    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 10**<br>**Arnold & Blanca Maltez**<br>**4427 Crimson Tide Ave.**<br>**North Las Vegas, NV 89031** | - | | **Business debt** | | | X | 1,100.00 |
| Account No.<br>**Creditor #: 11**<br>**B&D Paralegal**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**361 S. Frontage Rd., Ste. 4**<br>**Pahrump, NV 89048** | - | | **Business debt: Vendor** | | | | 0.00 |
| Account No.<br>**Creditor #: 12**<br>**Beasley Broadcasting**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2920 South Durango Dr.**<br>**Las Vegas, NV 89117** | - | | **Business debt: Vendor** | | | | 2,700.00 |
| Account No.<br>**Creditor #: 13**<br>**Best Case, LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 32**<br>**Evanston, IL 60204-0032** | - | | **Business debt: Vendor** | | | | 1,437.50 |
| Account No.<br>**Creditor #: 14**<br>**Better Business Bureau**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**6040 South Jones Blvd.**<br>**Las Vegas, NV 89118** | - | | **Business debt: Vendor** | | | | 300.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,537.50

B6F (Official Form 6F) (12/07) - Cont.

In re __Glenn H. Truitt__ , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 15 Brian A. Lemper, DO Attn: Bankruptcy Dept/Managing Agent 5950 S. Durango Dr. Las Vegas, NV 89113 | | - | | | | | 42.89 |
| Account No. | | | Business debt | | | | |
| Creditor #: 16 Carmen Casteleiro 1924 Palora Ave. Las Vegas, NV 89169 | | - | | | | X | 960.00 |
| Account No. xxxxxx-xxxxx5451 | | | Opened 3/15/11 Last Active 4/01/13 Unsecured loan-Charged off | | | | |
| Creditor #: 17 CBNA Attn: Bankruptcy Dept/Managing Agent P.O. Box 769006 San Antonio, TX 78245 | | - | | | | | 7,239.00 |
| Account No. | | | Business debt: Party to Promissory Note as payee | | | | |
| Creditor #: 18 Christine Owens c/o Jason M. Wiley, Esq. Kolesar & Leatham 400 S. Rampart Blvd., Ste. 400 Las Vegas, NV 89145 | X | - | | | | X | 10,000,000.00 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 19 Clark County District Attorney Attn: Bankruptcy Dept/Managing Agent 200 Lewis Ave., Ste. 3305 Las Vegas, NV 89101 | | - | | | | | 252.50 |

Sheet no. __3__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 10,008,494.39

Subtotal (Total of this page) | **10,008,494.39**

B6F (Official Form 6F) (12/07) - Cont.

In re __Glenn H. Truitt_____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 20<br>Clear Channel Outdoor Las Vegas<br>Attn: Bankruptcy Dept/Managing Agent<br>7370 Dean Martin Dr., Ste. 407<br>Las Vegas, NV 89139 | - | | | | | | 230,000.00 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 21<br>Contengent<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 570516<br>Las Vegas, NV 89157 | - | | | | | | 743.30 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 22<br>Cox Communications<br>Attn: Bankruptcy Dept. / Managing Agent<br>1700 Vegas Drive<br>Las Vegas, NV 89106 | - | | | | | | 2,425.03 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 23<br>CrossCheck<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 6008<br>Brisbane, CA 94005-6008 | - | | | | | | 45.00 |
| Account No. xxxxxx2221 | | | Opened 9/08/03 Last Active 12/01/14<br>Student loan | | | | |
| Creditor #: 24<br>Discover Financial Services<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 30954<br>Salt Lake City, UT 84130 | - | | | | | | 4,524.00 |

Sheet no. __4___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

237,737.33

B6F (Official Form 6F) (12/07) - Cont.

In re __Glenn H. Truitt__ ,                                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2220 <br><br>**Creditor #: 25**<br>**Discover Financial Services**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**Po Box 30954**<br>**Salt Lake City, UT 84130** | - | | **Opened  8/19/02  Last Active 12/01/14**<br>**Student loan** | | | | 3,658.00 |
| Account No. xxxxxx2222 <br><br>**Creditor #: 26**<br>**Discover Financial Services**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 30954**<br>**Salt Lake City, UT 84130** | - | | **Opened  2/25/04  Last Active 12/01/14**<br>**Student loan** | | | | 975.00 |
| Account No. <br><br>**Creditor #: 27**<br>**Dish Network, LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 94063**<br>**Palatine, IL 60094-4063** | - | | **Business debt:  Vendor** | | | | 138.35 |
| Account No. xxxx2555 <br><br>**Creditor #: 28**<br>**Escallate LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**5200 Stoneham Rd.**<br>**North Canton, OH 44720** | - | | **Opened  2/05/14  Last Active  7/01/13**<br>**Collection account for medical services** | | | | 455.00 |
| Account No. <br><br>**Creditor #: 29**<br>**Frank Pacheco**<br>**401 Woodvale Lane**<br>**Aiken, SC 29801** | - | | **Business debt** | | | X | 1,500.00 |
| Sheet no. __5__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 6,726.35 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenn H. Truitt**                                      ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 30 Fusion dba Network Billing Attn: Bankruptcy Dept/Managing Agent P.O.  Box 74301 Cleveland, OH 44194-4301 | | - | | | | | | 395.00 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 31 Gallardo & Associates Attn: Bankruptcy Dept/Managing Agent 1701 W. Charleston Blvd., Ste. 610 Ventura, CA 93003 | | - | | | | | | 1,043.00 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 32 Google, Inc. Attn: Bankruptcy Dept/Managing Agent Dept. 33654 P.O. Box 39000 San Francisco, CA 94139 | | - | | | | | | 21,006.21 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 33 Gregory G. Gordon, Ltd. Attn: Bankruptcy Dept/Managing Agent 871 Coronado Center Dr. Henderson, NV 89052 | | - | | | | | | 650.00 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 34 Heartland Payment Systems Attn: Bankruptcy Dept/Managing Agent One Heartland Way Jeffersonville, IN 47130 | | - | | | | | | 1,596.13 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,690.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Glenn H. Truitt** ,                                    Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt: Loan | | | | |
| Creditor #: 35 Heather Zana 5897 Taylor Valley Ave. Las Vegas, NV 89131 | | - | | | | | X | 154,890.60 |
| Account No. | | | | Business debt: Vendor | | | | |
| Creditor #: 36 iHeart Media Attn: Bankruptcy Dept/Managing Agent 3901 South Las Vegas Blvd. Las Vegas, NV 89115 | | - | | | | | | 2,700.00 |
| Account No. | | | | Business debt: Vendor | | | | |
| Creditor #: 37 Indoff Incorporated Attn: Bankruptcy Dept/Managing Agent P.O. Box 842808 Kansas City, MO 64184-2808 | | - | | | | | | 1,520.52 |
| Account No. | | | | Business debt: Vendor | | | | |
| Creditor #: 38 Intuit QuickBooks Attn: Bankruptcy Dept/Managing Agent 2632 Marine Way Mountain View, CA 94043 | | - | | | | | | 1,095.26 |
| Account No. | | | | Business debt: Vendor | | | | |
| Creditor #: 39 JAMS Attn: Bankruptcy Dept/Managing Agent File 1750 1801 W. Olympic Blvd. Pasadena, CA 91199-1750 | | - | | | | | | 4,000.00 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

164,206.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn H. Truitt**                         ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Les Stovall, Esq. Les Stovall Law Offices 2301 Palomino Lane Las Vegas, NV 89107** | | | | Representing: JAMS | | | | **Notice Only** |
| Account No. **Creditor #: 40 Jefferson Temple Temple Law Group P.O. Box 95553 Las Vegas, NV 89193** | - | | | Party to Promissory Note as payee | | | X | **10,000,000.00** |
| Account No. **Creditor #: 41 Joel Johnson unknown** | - | | | Business debt | | | X | **2,500.00** |
| Account No. **Creditor #: 42 Justin Adler-Swanberg 3650 Stober Blvd., #47 Las Vegas, NV 89103** | - | | | Business debt | | | X | **100.00** |
| Account No. **Creditor #: 43 KEMP Broadcasting Attn: Bankruptcy Dept/Managing Agent 3999 Las Vegas Blvd. South, Ste. K Las Vegas, NV 89119** | - | | | Business debt:  Vendor | | | | **3,000.00** |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
                         (Total of this page)     **10,005,600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Glenn H. Truitt**                                                    ,        Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 44<br>Koren Boyd, Esq.<br>Boyd Law Firm, LLC<br>2831 St. Rose Pkwy., Ste. 267<br>Henderson, NV 89052 | - | | | | | | | 875.00 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 45<br>KPVM-TV<br>Attn: Bankruptcy Dept/Managing Agent<br>890 S. Higley Rd.<br>Pahrump, NV 89048 | - | | | | | | | 3,300.00 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 46<br>Levy Online<br>Attn: Bankruptcy Dept/Managing Agent<br>5905 S. Decatur Blvd.<br>Las Vegas, NV 89118 | - | | | | | | | 10,800.00 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 47<br>LexisNexis<br>Attn: Managing Member<br>P.O. Box 7247-6157<br>Philadelphia, PA 19170-6157 | - | | | | | | | 111.43 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 48<br>Lotus Broadcasting Corp.<br>Attn:  Bankruptcy Desk/Managing Agent<br>8755 W. Flamingo rd.<br>Las Vegas, NV 89147 | - | | | | | | | 52,000.00 |
| Sheet no. __9__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | 67,086.43 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenn H. Truitt**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt: Vendor | | | | |
| **Creditor #: 49**<br>**LV Metro Chamber of Commerce**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**575 West Symphony Park Ave., 100**<br>**Las Vegas, NV 89106** | - | | | | | | 499.00 |
| Account No. | | | Business debt: Vendor | | | | |
| **Creditor #: 50**<br>**LV.Net**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**2595 Fremont Street**<br>**Las Vegas, NV 89104** | - | | | | | | 940.00 |
| Account No. | | | Business debt: Vendor | | | | |
| **Creditor #: 51**<br>**M Place Productions**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**860 Woodtack Cove Way**<br>**Henderson, NV 89002** | - | | | | | | 250.00 |
| Account No. | | | Business debt: Vendor | | | | |
| **Creditor #: 52**<br>**Merrill Communications**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**CM 9638**<br>**Saint Paul, MN 55170-9638** | - | | | | | | 0.00 |
| Account No. | | | Business debt: Vendor | | | | |
| **Creditor #: 53**<br>**Miracle Clean**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**1360 Bourbon St., Apt. C**<br>**Pahrump, NV 89048** | - | | | | | | 100.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of                    Subtotal                | 1,789.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn H. Truitt**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 54<br>Nathan Morrison<br>3610 Hartford Ave.<br>Butte, MT 59701-4302 | - | | | | | X | 850.00 |
| Account No. xxxxxxxxxxxxxxxxx1110 | | | Opened 11/10/05 Last Active 1/26/15<br>Student loan | | | | |
| Creditor #: 55<br>Navient<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 9500<br>Wilkes Barre, PA 18773 | - | | | | | | 46,585.00 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 56<br>Needles Legal Case Management<br>Attn: Bankruptcy Dept/Managing Agent<br>10461 Mill Run Circle, Ste. 900<br>Owings Mills, MD 21117 | - | | | | | | 1,967.00 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 57<br>Nicholas Cooper<br>1800 Edmond Street<br>Las Vegas, NV 89146 | - | | | | | | 960.00 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 58<br>NOW! Services, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>3210 W. Charleston Blvd., Ste. 3<br>Las Vegas, NV 89102 | - | | | | | | 125.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              50,487.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenn H. Truitt**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>**Creditor #: 59<br>NV Energy<br>Attn: Bankruptcy Dept. / Managing Agent<br>PO Box 30086<br>Reno, NV 89520** | | - | | | Business debt:  Vendor | | | | 435.34 |
| Account No.<br>**Creditor #: 60<br>Opportunity Village ARC, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>6050 S. Buffalo Drive<br>Las Vegas, NV 89113** | | - | | | Business debt:  Vendor | | | | 280.00 |
| Account No.<br>**Creditor #: 61<br>Outfront Media<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 33074<br>Newark, NJ 07188-0074** | | - | | | Business debt:  Vendor | | | | 3,105.24 |
| Account No.<br>**Creditor #: 62<br>Pahrump Life Magazine<br>Attn: Bankruptcy Dept/Managing Agent<br>1241 E. Calvada Blvd.<br>Pahrump, NV 89048** | | - | | | Business debt:  Vendor | | | | 1,200.00 |
| Account No.<br>**Creditor #: 63<br>Pahrump Valley Chamber of Commerce<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 42<br>Pahrump, NV 89048** | | - | | | Business debt:  Vendor | | | | 792.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,812.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn H. Truitt** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt:  Accounting fees for Stokes & Stokes | | | | |
| Creditor #: 64<br>Payan & Payan CPAs, LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>7936 W. Sahara Ave.<br>Las Vegas, NV 89117 | - | | | | | | X | 5,294.00 |
| Account No. | | | | Business debt:  Accounting fees for Truitt & Associates | | | | |
| Creditor #: 65<br>Payan & Payan CPAs, LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>7936 W. Sahara Ave.<br>Las Vegas, NV 89117 | - | | | | | | | 20,990.50 |
| Account No. | | | | Business debt:  Accounting fees for Truitt Legal Group | | | | |
| Creditor #: 66<br>Payan & Payan CPAs, LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>7936 W. Sahara Ave.<br>Las Vegas, NV 89117 | - | | | | | | | 2,647.00 |
| Account No. | | | | Business debt:  Accounting fees for Truitt Tax | | | | |
| Creditor #: 67<br>Payan & Payan CPAs, LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>7936 W. Sahara Ave.<br>Las Vegas, NV 89117 | - | | | | | | | 529.00 |
| Account No. | | | | Business debt:  Vendor | | | | |
| Creditor #: 68<br>Pierre Gendelbien Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>5332 Polizze Ave.<br>Las Vegas, NV 89141 | - | | | | | | | 1,690.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     31,150.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn H. Truitt** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No. xxxx7759** | | | | Business debt: Vendor | | | | |
| **Creditor #: 69 Protection One Attn: Bankruptcy Dept/Managing Agent P.O, Box 219044 Kansas City, MO 64121-9044** | - | | | | | | | 287.40 |
| **Account No.** | | | | Business debt: Vendor | | | | |
| **Creditor #: 70 Reagan Outdoor Advertising Attn: Bankruptcy Dept/Managing Agent 1775 North Warm Springs Road Salt Lake City, UT 84116** | - | | | | | | | 5,500.00 |
| **Account No.** | | | | Business debt | | | | |
| **Creditor #: 71 Ricardo Ramirez 6072 Lamotte Avenue Las Vegas, NV 89141** | - | | | | | | X | 306.00 |
| **Account No.** | | | | Business debt: Vendor | | | | |
| **Creditor #: 72 Rotary Club of Pahrump Valley Attn: Bankruptcy Dept/Managing Agent P.O. Box 883 Pahrump, NV 89041** | - | | | | | | | 160.00 |
| **Account No.** | | | | Business debt: Vendor | | | | |
| **Creditor #: 73 Secretary of State-Texas Attn: Bankruptcy Dept/Managing Agent P.O. Box 12887 Austin, TX 78711-2887** | - | | | | | | | 3.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,256.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn H. Truitt**                                                                   ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 74 Sierra Health Services Attn: Bankruptcy Dept/Managing Agent P.O. Box 749542 Los Angeles, CA 90074-9542 | | - | | | | | 1,891.66 |
| Account No. | | | Business debt: Vendor | | | | |
| Creditor #: 75 Sparkletts Attn: Bankruptcy Dept/Managing Agent P.O. Box 660579 Dallas, TX 75266-0579 | | - | | | | | 208.04 |
| Account No. xxxxxxxxxxx5525 | | | Opened 7/30/14 Last Active 7/01/13 Collection account for Health Plan of Nevada | | | | |
| Creditor #: 76 Stuart Allan & Associates Attn: Bankruptcy Dept/Managing Agent 5447 E 5th St Ste 110 Tucson, AZ 85711 | | - | | | | | 233.00 |
| Account No. xxxxxx2229 | | | Opened 8/09/04 Last Active 12/01/14 Student loan | | | | |
| Creditor #: 77 Student Loan Corp. Attn: Bankruptcy Dept/Managing Agent P.O. Box 30948 Salt Lake City, UT 84130 | | - | | | | | 3,761.00 |
| Account No. xxxxxx2231 | | | Opened 2/18/05 Last Active 12/01/14 Student loan | | | | |
| Creditor #: 78 Student Loan Corp. Attn: Bankruptcy Dept/Managing Agent P.O. Box 30948 Salt Lake City, UT 84130 | | - | | | | | 2,122.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,215.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **Glenn H. Truitt**                                                    ,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx2230** | | | | | Opened 10/25/04  Last Active 12/01/14 Student loan | | | | |
| **Creditor #: 79 Student Loan Corp. Attn: Bankruptcy Dept/Managing Agent P.O. Box 30948 Salt Lake City, UT 84130** | | - | | | | | | | 1,607.00 |
| Account No. **xxxxxxxxxxx8261** | | | | | Opened 10/08/10  Last Active  8/30/13 Charge Account-charged off | | | | |
| **Creditor #: 80 SYNCB/Lowes Attn: Bankruptcy Dept/Managing Agent P.O. Box 965005 Orlando, FL 32896** | | - | | | | | | | 2,146.00 |
| Account No. **xxxxx1199** | | | | | Business debt:  Vendor | | | | |
| **Creditor #: 81 T-Mobile Attn: Bankruptcy Dept/Managing Agent P.O. Box 51843 Los Angeles, CA 90051-6143** | | - | | | | | | | 252.27 |
| Account No. | | | | | Business debt | | | | |
| **Creditor #: 82 Tchaka Cain 106 N. Paris Drive Fort Rucker, AL 36362** | | - | | | | | | X | 1,500.00 |
| Account No. **xxxxxx6911** | | | | | Business debt:  Vendor | | | | |
| **Creditor #: 83 TD Auto Finance Attn: Bankruptcy Dept/Managing Agent P.O. Box 9001921 Louisville, KY 40290-1921** | | - | | | | | | | 458.52 |

Sheet no. __16__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,963.79

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn H. Truitt**                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx6716<br><br>**Creditor #: 84**<br>**Transworld Systems**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 15537**<br>**Wilmington, DE 19850** | - | | **Opened 1/01/14**<br>**Collection account Med1 02 South West A** | | | | 990.00 |
| Account No. xxxxxxxxxxxx0857<br><br>**Creditor #: 85**<br>**USAA Savings Bank**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 47504**<br>**San Antonio, TX 78265** | - | | **Opened 11/29/95  Last Active  1/01/15**<br>**Credit Card** | | | | 4,907.00 |
| Account No.<br><br>**Creditor #: 86**<br>**Valley Electric**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 237**<br>**Pahrump, NV 89041-0237** | - | | **Business debt:  Vendor** | | | | 125.89 |
| Account No.<br><br>**Creditor #: 87**<br>**Wangler Hockey, LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**4500 W. Tropicana Ave.**<br>**Las Vegas, NV 89103** | - | | **Business debt:  Vendor** | | | | 14,450.00 |
| Account No.<br><br>**Creditor #: 88**<br>**Wax Law Group**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**353 E. Bonneville Ave., Ste. 541**<br>**Las Vegas, NV 89101** | - | | **Business debt:  Vendor** | | | | 100.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           20,572.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Glenn H. Truitt**                                                          ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt:  Vendor | | | | |
| Creditor #: 89 Weller Consulting Attn: Bankruptcy Dept/Managing Agent 10040 W. Cheyenne Ave., Ste. 170-151 Las Vegas, NV 89129 | - | | | | | | 593.19 |
| Account No. xxxxxxxxxxxx9755 | | | Opened 10/06/10  Last Active 10/31/14 Charge Account | | | | |
| Creditor #: 90 Wells Fargo Bank Attn: Bankruptcy Dept/Managing Agent P.O. Box 14517 Des Moines, IA 50306 | - | | | | | | 19,532.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 20,125.19 |
| Total (Report on Summary of Schedules) | | 30,750,485.24 |

B6G (Official Form 6G) (12/07)

In re    **Glenn H. Truitt**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Adam Stokes, Esq.**<br>**c/o Elizabeth M. Sorokac, Esq.**<br>**8965 S. Eastern Ave., Ste. 382**<br>**Las Vegas, NV 89123** | **License Agreement dated May 15, 2013 by and between Half Price Lawyers, LLC** |
| **Adam Stokes, Esq.**<br>**c/o Elizabeth M. Sorokac, Esq.**<br>**8965 S. Eastern Ave., Ste. 382**<br>**Las Vegas, NV 89123** | **Purchase Agreement** |
| **Christine Owens**<br>**c/o Jason M. Wiley, Esq.**<br>**Kolesar & Leatham**<br>**400 S. Rampart Blvd., Ste. 400**<br>**Las Vegas, NV 89145** | **Purchase Agreement** |
| **Jefferson Temple**<br>**Temple Law Group**<br>**P.O. Box 95553**<br>**Las Vegas, NV 89193** | **Purchase Agreement** |
| **LifeStorage of Warmsprings**<br>**6545 Warmsprings Rd.**<br>**Las Vegas, NV 89118** | **Storage unit** |
| **The Prescott Companies, LLC**<br>**8345 W. Sunset Rd., #150**<br>**Las Vegas, NV 89113** | **Residential Lease Agreement dated 3/10/2014** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Glenn H. Truitt**                                                            ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jefferson Temple**<br>**Temple Law Group**<br>**P.O. Box 95553**<br>**Las Vegas, NV 89193** | **Adam D. Stokes**<br>**c/o Elizabeth M. Sorokac, Esq.**<br>**8965 S. Eastern Ave., Ste. 382**<br>**Las Vegas, NV 89123** |
| **Jefferson Temple**<br>**Temple Law Group**<br>**P.O. Box 95553**<br>**Las Vegas, NV 89193** | **Christine Owens**<br>**c/o Jason M. Wiley, Esq.**<br>**Kolesar & Leatham**<br>**400 S. Rampart Blvd., Ste. 400**<br>**Las Vegas, NV 89145** |
| **Truitt Legal Group, LLC**<br>**550 East Charleston Blvd., Ste. A**<br>**Las Vegas, NV 89104** | **Adam D. Stokes**<br>**c/o Elizabeth M. Sorokac, Esq.**<br>**8965 S. Eastern Ave., Ste. 382**<br>**Las Vegas, NV 89123** |
| **Truitt Legal Group, LLC**<br>**550 East Charleston Blvd., Ste. A**<br>**Las Vegas, NV 89104** | **Christine Owens**<br>**c/o Jason M. Wiley, Esq.**<br>**Kolesar & Leatham**<br>**400 S. Rampart Blvd., Ste. 400**<br>**Las Vegas, NV 89145** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Glenn H. Truitt** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Lawyer** | |
| | Employer's name | **Ideal Business Partners, Inc.** | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1   **Glenn H. Truitt**

Case number (*if known*) _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here ...................................... 4. $ _____ 0.00   $ _____ N/A

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ N/A

8b. **Interest and dividends**   8b.   $ 0.00   $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ N/A

8d. **Unemployment compensation**   8d.   $ 0.00   $ N/A

8e. **Social Security**   8e.   $ 0.00   $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $ N/A

8g. **Pension or retirement income**   8g.   $ 0.00   $ N/A

8h. **Other monthly income.** Specify:  **Debtor has used proceeds from homestead exempt sale proceeds**   8h.+   $ 6,356.58 +   $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 6,356.58   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 6,356.58 + $ N/A = $ 6,356.58
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 6,356.58

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Glenn H. Truitt**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
    Debtor 2.                            each dependent..............

    Do not state the
    dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                 4. $                     2,203.00

    **If not included in line 4:**

    4a.   Real estate taxes                                      4a. $                     0.00
    4b.   Property, homeowner's, or renter's insurance            4b. $                     0.00
    4c.   Home maintenance, repair, and upkeep expenses           4c. $                   250.00
    4d.   Homeowner's association or condominium dues             4d. $                     0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $                     0.00

Debtor 1   __Glenn H. Truitt__                                            Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | **175.00** |
| | 6b.  Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **125.00** |
| | 6d.  Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **900.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **200.00** |
| 10. | **Personal care products and services** | 10. $ | **110.00** |
| 11. | **Medical and dental expenses** | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **530.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | **0.00** |
| | 15b.  Health insurance | 15b. $ | **0.00** |
| | 15c.  Vehicle insurance | 15c. $ | **226.25** |
| | 15d.  Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **RS Payment** | 16. $ | **350.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | **1,087.33** |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c.  Other. Specify: | 17c. $ | **0.00** |
| | 17d.  Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | **0.00** |
| | 20b.  Real estate taxes | 20b. $ | **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | **6,356.58** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **6,356.58** |
| | 23b.  Copy your monthly expenses from line 22 above. | 23b. -$ | **6,356.58** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **0.00** |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Glenn H. Truitt**
_____
                                                    Debtor(s)

Case No.  _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **35**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March  6, 2015**
_____

Signature    **/s/ Glenn H. Truitt**
_____
                    **Glenn H. Truitt**
                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Nevada

In re   **Glenn H. Truitt**                                                Case No.

                                        Debtor(s)                    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2015 YTD |
| $40,000.00 | 2014: Wages (estimated) |
| $49,611.00 | 2013: Wages and operation of business |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

B7 (Official Form 7) (04/13)
2

## 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mike J. Warhola LLC**<br>**330 South 3rd Street, #1070**<br>**Las Vegas, NV 89101** | **11/21/2014, 12/31/2014; and 1/15/2015: Total amount paid.** | **$7,500.00** | **$0.00** |
| **Ideal Business Partners, Inc.**<br>**316 E. Bridger Ave., 2nd Floor**<br>**Las Vegas, NV 89101** | **2/25/2015 Debtor utilized exempt homestead proceeds from the sale of his real property to invest into Ideal Business Partners, Inc. The proceeds are being utilized by Ideal Business Partners, Inc. to provide payroll and fund the opening operations of the corporation.** | **$20,000.00** | **$0.00** |

**None** ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Glenn Truitt v. Marcus Oden; Case No. A675252** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Judgment** |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & ZIRZOW, LLC** <br> **810 S. Casino Center Blvd. #101** <br> **Las Vegas, NV 89101** | **2/6/2015** | **$3,500.00** |

---

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **James R. Long** <br> **8930 S. Bruce St.** <br> **Las Vegas, NV 89123** <br> **Purchaser** | **3/2014** | **Sold homestead property located at 8930 S. Bruce Street for $529,000.00; Debtor received estimated amount of $97,688.05 in exempt proceeds.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

B7 (Official Form 7) (04/13)

5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Truitt & Associates**<br>**330 E. Charleston Blvd., Ste. 100**<br>**Las Vegas, NV 89104** | **Cargo Van** | |

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **8930 S. Bruce Street, Las Vegas, NV  89123** | **same** | **thru 3/2014** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

| None | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|
| ■ | |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

| None | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|
| ☐ | |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Stokes & Stokes, Ltd.** | | **330 E. Charleston Blvd., #100 Las Vegas, NV 89104** | **Professional legal services** | **12/2008- 12/2013: Convert out** |
| **University Specialty Pharmacy, Inc.** | | **1850 Whitney Mesa Henderson, NV 89014** | **Pharmaceutical** | **2010-2013:  Revoked** |
| **Blue Boxcar, LLC** | | **P.O. Box 29502 #55395 Las Vegas, NV 89126-9502** | **Resident agent** | **2010-2014: Dissolved** |
| **Hot Air LLC** | | **8930 S. Bruce Street Las Vegas, NV 89123** | **Resident agent** | **2011-2012:  Revoked** |
| **Truitt Legal Group LLC** | | **8930 S. Bruce Street Las Vegas, NV 89123** | **Professional legal services** | **2011-2013: Dissolved** |
| **Frideswide Capital Partners LLC** | | **8820 Russell Road, Ste. 140 Las Vegas, NV 89148** | **Resident agent** | **2012-current** |
| **Falcon Holdings LLC** | | **550 E. Charleston Blvd., Ste. A Las Vegas, NV 89104** | **Resident agent** | **2012-current** |
| **714 Legal Support Services LLC** | | **330 E. Charleston Blvd., Ste. 100 Las Vegas, NV 89104** | **Professional legal services** | **2012-2014: Dissolved** |
| **Truitt & Associates, LLC** | | **330 E. Charleston Blvd., Ste. 100 Las Vegas, NV 89104** | **Professional legal services** | **5/2013-current** |
| **Ideal Business Partners, Inc.** | | **316 E. Bridger Ave., 2nd Floor Las Vegas, NV 89101** | **Professional legal services** | **2015-current** |

| None | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|
| ■ | |

NAME                                                                ADDRESS

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                  DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                            DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                          NATURE AND PERCENTAGE
                                                                         OF STOCK OWNERSHIP

B7 (Official Form 7) (04/13)
8

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   __March  6, 2015__            Signature   __/s/ Glenn H. Truitt__
                                                   **Glenn H. Truitt**
                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re __Glenn H. Truitt__            Case No. _____

                          Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**BMW Finance Services** | **Describe Property Securing Debt:**<br>**Lease 2012 BMW 335i** |

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __March 6, 2015__          Signature    __/s/ Glenn H. Truitt__

                                         **Glenn H. Truitt**
                                         Debtor

# United States Bankruptcy Court
## District of Nevada

In re  **Glenn H. Truitt** _____  Case No. _____

_____ Debtor(s)  Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **3,500.00** |
| Prior to the filing of this statement I have received | $ **3,500.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **March  6, 2015** _____        **/s/ Zachariah Larson** _____
**Zachariah Larson 7787**
**LARSON & ZIRZOW, LLC**
**810 S. Casino Center Blvd. #101**
**Las Vegas, NV 89101**
**(702) 382-1170  Fax: (702) 382-1169**
**zlarson@lzlawnv.com**

---

# United States Bankruptcy Court
## District of Nevada

In re   **Glenn H. Truitt**                         Case No.

Debtor(s)       Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March  6, 2015**           **/s/ Glenn H. Truitt**

                                             **Glenn H. Truitt**

                                           Signature of Debtor

GLENN H. TRUITT
900 S. LAS VEGAS BLVD. UNIT 811
LAS VEGAS, NV 89101

ZACHARIAH LARSON
LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH #4300
LAS VEGAS, NV 89101

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

305 LAS VEGAS, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT WAN
815 PILOT RD., STE. E
LAS VEGAS, NV 89119

ADAM D. STOKES
C/O ELIZABETH M. SOROKAC, ESQ.
8965 S. EASTERN AVE., STE. 382
LAS VEGAS, NV 89123

ADAM STOKES, ESQ.
C/O ELIZABETH M. SOROKAC, ESQ.
8965 S. EASTERN AVE., STE. 382
LAS VEGAS, NV 89123

ADVANCED IMAGING SOLUTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3865 W. CHEYENNE AVE., STE. 505
NORTH LAS VEGAS, NV 89032

AFFORDABLE LEGAL SERVICES, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
8022 S. RAINBOW BLVD. #157
LAS VEGAS, NV 89139

AMERICAN EXPRESS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 0001
LOS ANGELES, CA 90096-8000

AMY CHILDRESS
6481 PAULA DRUVE
PAHRUMP, NV 89048

AQUARIUS OWNER, LLC
C/O MICHAEL SINGER, LTD.
4475 SOUTH PECOS RD.
LAS VEGAS, NV 89121

ARAMARK REFRESHMENT SERVICES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1515 E. HADLEY ST., STE. 100
PHOENIX, AZ 85034

ARAMARK UNIFORMS SERVICES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 101232
PASADENA, CA 91189-0005

ARNOLD & BLANCA MALTEZ
4427 CRIMSON TIDE AVE.
NORTH LAS VEGAS, NV 89031

B&D PARALEGAL
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
361 S. FRONTAGE RD., STE. 4
PAHRUMP, NV 89048

BEASLEY BROADCASTING
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
2920 SOUTH DURANGO DR.
LAS VEGAS, NV 89117

BEST CASE, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 32
EVANSTON, IL 60204-0032

BETTER BUSINESS BUREAU
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
6040 SOUTH JONES BLVD.
LAS VEGAS, NV 89118

BMW FINANCE SERVICES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5550 BRITTON PKWY
HILLIARD, OH 43026

BRIAN A. LEMPER, DO
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5950 S. DURANGO DR.
LAS VEGAS, NV 89113

CARMEN CASTELEIRO
1924 PALORA AVE.
LAS VEGAS, NV 89169

CBNA
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 769006
SAN ANTONIO, TX 78245

CHRISTINE OWENS
C/O JASON M. WILEY, ESQ.
KOLESAR & LEATHAM
400 S. RAMPART BLVD., STE. 400
LAS VEGAS, NV 89145

CLARK COUNTY DISTRICT ATTORNEY
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
200 LEWIS AVE., STE. 3305
LAS VEGAS, NV 89101

CLEAR CHANNEL OUTDOOR LAS VEGAS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
7370 DEAN MARTIN DR., STE. 407
LAS VEGAS, NV 89139

CONTENGENT
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 570516
LAS VEGAS, NV 89157

COX COMMUNICATIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1700 VEGAS DRIVE
LAS VEGAS, NV 89106

CROSSCHECK
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 6008
BRISBANE, CA 94005-6008

DISCOVER FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 30954
SALT LAKE CITY, UT 84130

DISCOVER FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 30954
SALT LAKE CITY, UT 84130

DISH NETWORK, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 94063
PALATINE, IL 60094-4063

ESCALLATE LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5200 STONEHAM RD.
NORTH CANTON, OH 44720

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

FRANK PACHECO
401 WOODVALE LANE
AIKEN, SC 29801

FUSION DBA NETWORK BILLING
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 74301
CLEVELAND, OH 44194-4301

GALLARDO & ASSOCIATES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1701 W. CHARLESTON BLVD., STE. 610
VENTURA, CA 93003

GOOGLE, INC.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
DEPT. 33654
P.O. BOX 39000
SAN FRANCISCO, CA 94139

GREGORY G. GORDON, LTD.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
871 CORONADO CENTER DR.
HENDERSON, NV 89052

HEARTLAND PAYMENT SYSTEMS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
ONE HEARTLAND WAY
JEFFERSONVILLE, IN 47130

HEATHER ZANA
5897 TAYLOR VALLEY AVE.
LAS VEGAS, NV 89131

IHEART MEDIA
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3901 SOUTH LAS VEGAS BLVD.
LAS VEGAS, NV 89115

INDOFF INCORPORATED
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 842808
KANSAS CITY, MO 64184-2808

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

INTUIT QUICKBOOKS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
2632 MARINE WAY
MOUNTAIN VIEW, CA 94043

JAMS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
FILE 1750
1801 W. OLYMPIC BLVD.
PASADENA, CA 91199-1750

JEFFERSON TEMPLE
TEMPLE LAW GROUP
P.O. BOX 95553
LAS VEGAS, NV 89193

JOEL JOHNSON
UNKNOWN

JUSTIN ADLER-SWANBERG
3650 STOBER BLVD., #47
LAS VEGAS, NV 89103

KEMP BROADCASTING
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3999 LAS VEGAS BLVD. SOUTH, STE. K
LAS VEGAS, NV 89119

KOREN BOYD, ESQ.
BOYD LAW FIRM, LLC
2831 ST. ROSE PKWY., STE. 267
HENDERSON, NV 89052

KPVM-TV
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
890 S. HIGLEY RD.
PAHRUMP, NV 89048

LES STOVALL, ESQ.
LES STOVALL LAW OFFICES
2301 PALOMINO LANE
LAS VEGAS, NV 89107

LEVY ONLINE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5905 S. DECATUR BLVD.
LAS VEGAS, NV 89118

LEXISNEXIS
ATTN: MANAGING MEMBER
P.O. BOX 7247-6157
PHILADELPHIA, PA 19170-6157

LIFESTORAGE OF WARMSPRINGS
6545 WARMSPRINGS RD.
LAS VEGAS, NV 89118

LOTUS BROADCASTING CORP.
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
8755 W. FLAMINGO RD.
LAS VEGAS, NV 89147

LV METRO CHAMBER OF COMMERCE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
575 WEST SYMPHONY PARK AVE., 100
LAS VEGAS, NV 89106

LV.NET
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
2595 FREMONT STREET
LAS VEGAS, NV 89104

M PLACE PRODUCTIONS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
860 WOODTACK COVE WAY
HENDERSON, NV 89002

MERRILL COMMUNICATIONS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
CM 9638
SAINT PAUL, MN 55170-9638

MIRACLE CLEAN
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1360 BOURBON ST., APT. C
PAHRUMP, NV 89048

NATHAN MORRISON
3610 HARTFORD AVE.
BUTTE, MT 59701-4302

NAVIENT
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 9500
WILKES BARRE, PA 18773

NEEDLES LEGAL CASE MANAGEMENT
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
10461 MILL RUN CIRCLE, STE. 900
OWINGS MILLS, MD 21117

NICHOLAS COOPER
1800 EDMOND STREET
LAS VEGAS, NV 89146

NOW! SERVICES, INC.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3210 W. CHARLESTON BLVD., STE. 3
LAS VEGAS, NV 89102

NV ENERGY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30086
RENO, NV 89520

OPPORTUNITY VILLAGE ARC, INC.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
6050 S. BUFFALO DRIVE
LAS VEGAS, NV 89113

OUTFRONT MEDIA
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 33074
NEWARK, NJ 07188-0074

PAHRUMP LIFE MAGAZINE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1241 E. CALVADA BLVD.
PAHRUMP, NV 89048

PAHRUMP VALLEY CHAMBER OF COMMERCE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 42
PAHRUMP, NV 89048

PAYAN & PAYAN CPAS, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
7936 W. SAHARA AVE.
LAS VEGAS, NV 89117

PIERRE GENDELBIEN INC.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5332 POLIZZE AVE.
LAS VEGAS, NV 89141

PROTECTION ONE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O, BOX 219044
KANSAS CITY, MO 64121-9044

REAGAN OUTDOOR ADVERTISING
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1775 NORTH WARM SPRINGS ROAD
SALT LAKE CITY, UT 84116

RICARDO RAMIREZ
6072 LAMOTTE AVENUE
LAS VEGAS, NV 89141

ROTARY CLUB OF PAHRUMP VALLEY
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 883
PAHRUMP, NV 89041

SECRETARY OF STATE-TEXAS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 12887
AUSTIN, TX 78711-2887

SIERRA HEALTH SERVICES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 749542
LOS ANGELES, CA 90074-9542

SPARKLETTS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 660579
DALLAS, TX 75266-0579

STATE OF NEVADA DEPT. OF TAXATION
ATTN: BANKRUPTCY DEPT / MANAGING AGET
GRANT SAWYER BLDG.
555 E. WASHINGTON AVE, SUITE 1300
LAS VEGAS, NV 89101

STUART ALLAN & ASSOCIATES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5447 E 5TH ST STE 110
TUCSON, AZ 85711

STUDENT LOAN CORP.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 30948
SALT LAKE CITY, UT 84130

SYNCB/LOWES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 965005
ORLANDO, FL 32896

T-MOBILE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 51843
LOS ANGELES, CA 90051-6143

TCHAKA CAIN
106 N. PARIS DRIVE
FORT RUCKER, AL 36362

TD AUTO FINANCE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 9001921
LOUISVILLE, KY 40290-1921

THE PRESCOTT COMPANIES, LLC
8345 W. SUNSET RD., #150
LAS VEGAS, NV 89113

TRANSWORLD SYSTEMS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 15537
WILMINGTON, DE 19850

TRUITT LEGAL GROUP, LLC
550 EAST CHARLESTON BLVD., STE. A
LAS VEGAS, NV 89104

USAA SAVINGS BANK
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 47504
SAN ANTONIO, TX 78265

VALLEY ELECTRIC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 237
PAHRUMP, NV 89041-0237

WANGLER HOCKEY, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
4500 W. TROPICANA AVE.
LAS VEGAS, NV 89103

WAX LAW GROUP
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
353 E. BONNEVILLE AVE., STE. 541
LAS VEGAS, NV 89101

WELLER CONSULTING
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
10040 W. CHEYENNE AVE., STE. 170-151
LAS VEGAS, NV 89129

WELLS FARGO BANK
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 14517
DES MOINES, IA 50306